## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 93 WM 2016
:
                Respondent :
:
:
:
           v. :
:
:
:
JULLIAN MICKEL, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122(B).

    Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days.